United States District Court
Southern District of Texas
**ENTERED**
October 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE ZEPEDA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-353 |
| | § | |
| ASSURANT INSURANCE AGENCY, INC., *et al*, | § § § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (D.E. 12), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 9th day of October, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE